1  STUART F. DELERY
   Principal Deputy Assistant Attorney General
2
   MELINDA HAAG (CA Bar No. 132612)
3  United States Attorney
   ALEX G. TSE (CA Bar No. 152348)
4  Chief, Civil Division
   SARA WINSLOW (DC Bar No. 457643)
5  MELANIE L. PROCTOR (CA Bar No. 228971)
   Assistant United States Attorneys
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6925 (Winslow)
                  (415) 436-6730 (Proctor)
8      Facsimile: (415) 436-6748
       sara.winslow@usdoj.gov
9      melanie.proctor@usdoj.gov

10 DANIEL R. ANDERSON
   JAMIE YAVELBERG
11 EDWARD CROOKE
   Attorneys, Civil Division
12     U.S. Department of Justice
       P.O. Box 261, Ben Franklin Station
13     Washington, D.C. 20044
       Telephone: (202) 353-0426
14
   Attorneys for the United States of America
15
                  UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17
                  SAN FRANCISCO HEADQUARTERS
18
   UNITED STATES OF AMERICA, ex )
19 rel. SEHGAL, *et al.*            )   Case No. C 11-2044 MEJ
                                    )
20            Plaintiff,            )   UNITED STATES' NOTICE OF ELECTION
                                    )   TO DECLINE INTERVENTION;
21      v.                          )   [PROPOSED] ORDER
                                    )
22 GILEAD SCIENCES, INC., *et al.,* )        FILED UNDER SEAL
                                    )
23            Defendants.           )
                                    )
24

25     Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the

26 Court of its decision not to intervene in this action.

27     The undersigned government attorney has been advised by a committee representing the

28 named states that the states of California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana,

FILED FEB 4 - 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1  Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey, New

2  Mexico, New York, Oklahoma, Rhode Island, Tennessee, Virginia, and Wisconsin, and the

3  District of Columbia also decline to intervene in this action.

4      Although the United States declines to intervene, it respectfully refers the Court to 31

5  U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United

6  States; providing, however, that the "action may be dismissed only if the court and the Attorney

7  General give written consent to the dismissal and their reasons for consenting." Id. The United

8  States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the

9  United States only has the right to a hearing when it objects to a settlement or dismissal of the

10  action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel.

11  Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).

12      Therefore, the United States requests that, should either the relator or the defendants

13  propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the

14  United States with notice and an opportunity to be heard before ruling or granting its approval.

15      Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all

16  pleadings filed in this action be served upon the United States. The United States also requests

17  that orders issued by the Court be sent to the government's counsel. The United States reserves

18  its rights to order any deposition transcripts and to intervene in this action, for good cause, at a

19  later date. See 31 U.S.C. § 3730(c)(3).

20      Finally, the United States requests that the Court unseal: (1) the relator's Complaint, (2) the

21  scheduling order, (3) this Notice of Election to Decline Intervention, with (proposed) Order

22  lifting the seal, and (4) all other matters occurring in this action after the date the Court enters the

23  unsealing order. The United States also requests that all other contents of the Court's file in this

24  matter (including, but not limited to, any applications filed by the United States for extensions of

25  the sixty-day investigative period, any applications for partial lifting of the seal, and any orders

26  previously entered in this matter) remain under seal and not be made public or served upon the

27  defendants.

28

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

MELINDA HAAG
United States Attorney

Dated: January 28, 2013                    By:

SARA WINSLOW
MELANIE L. PROCTOR
Assistant United States Attorneys
Attorneys for the United States of America

## [PROPOSED] ORDER

The United States and the states of California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Virginia, and Wisconsin, and the District of Columbia having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED that:

1. The scheduling order, the Complaint, this Order, and the accompanying United States' Notice of Election to Decline Intervention are hereby unsealed.

2. The relator shall serve the Complaint on defendants.

3. Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

6. All orders of this Court shall be sent to the United States.

NOTICE OF ELECTION TO DECLINE INTERVENTION;
[PROPOSED] ORDER, No. C 11-2044 MEJ               -3-

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: $\underline{\mathcal{2}/4/2013}$

MARIA ELENA JAMES
United States Magistrate Judge

NOTICE OF ELECTION TO DECLINE INTERVENTION;
[PROPOSED] ORDER, No. C 11-2044 MEJ                    -4-

1      **CERTIFICATE OF SERVICE**

2            The undersigned hereby certifies that she is an employee of the Office of the United

3      States Attorney for the Northern District of California and is a person of such age and discretion

4      to be competent to serve papers. The undersigned further certifies that she is causing a copy of

5      the following:

6      **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION;
       [PROPOSED] ORDER** ·

7
       to be served this date upon the persons indicated below at the addresses shown:

8
       John F. Hyland
9      RUKIN, HYLAND, DORIA & TINDALL, LLP
       100 Pine Street, Suite 2150
10     San Francisco, CA 94111

11     Brian P. Kenney
       Brian P. McCafferty
12     Kenney & McCafferty
       1787 Sentry Parkway West
13     Building 18 Suite 410
       Blue Bell PA 19422
14
            ✓          **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope
15                     with postage thereon fully prepaid in the designated area for outgoing U.S. mail in
                       accordance with this office's practice.
16
                       **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully
17                     prepaid in the designated area for outgoing U.S. mail in accordance with this
                       office's practice.
18
                       **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be
19                     delivered by hand to the person or offices of each addressee above.

20                     **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to
                       the person or offices of each addressee above.
21
                       **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or
22                     offices of each address above.

23                     **BY FEDERAL EXPRESS**

24           I declare under penalty of perjury under the laws of the State of California that the

25     foregoing is true and correct. Executed January 28, 2013 at San Francisco, California.

26

27                                                    YVETTE BAIRD
28                                                    Supervisory Legal Assistant